IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARILYN L. HAMILTON | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| THE CITY SCHOOL DISTRICT OF PHILADELPHIA, et al. | : | NO. 17-2623 |

**ORDER**

AND NOW, this 16th day of June 2017, upon consideration of plaintiff Marilyn L. Hamilton's motion to proceed *in forma pauperis* and her *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons stated in the Court's Memorandum. Ms. Hamilton may not file an amended complaint in this case. However, the dismissal is without prejudice to her proceeding in Civil Action Numbers 16-5602, 16-6579, and 17-970.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

GENE E.K. PRATTER, J.